Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  14−27897−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marc DeStefano                                                       Jennifer Mary DeStefano
  75 7th Street                                                               75 7th Street
  Cresskill, NJ 07626                                          Cresskill, NJ 07626

Social Security No.:
  xxx−xx−7224                                                              xxx−xx−1170

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 3, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 3, 2017
JAN: zlh

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-27897-JKS
Marc DeStefano                                                        Chapter 13
Jennifer Mary DeStefano
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: May 03, 2017
                              Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db/jdb         +Marc DeStefano,   Jennifer Mary DeStefano,    75 7th Street,    Cresskill, NJ 07626-2507
cr             +BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515020682      +American Express Legal,    500 North Franklin Turnpike,    P.O. Box 278,    Ramsey, NJ 07446-0278
515020684      +Anthony J. Migliaccio, Jr., Esq.,    500 North Franklin Turnpike,    P. O. Box 278,
                 Ramsey, NJ 07446-0278
515020694       Estate Information Services, LLC dba,    EIS Collections,    PO Box 1730,
                 Reynoldsburg, OH 43068-8730
515020698       Paragon Federal Credit Union,    Cardmember Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
515020697       Paragon Federal Credit Union,    PO Box 400,   Montvale, NJ 07645
515020700      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
515020701      +Sears/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
515020703      +Visions FCU,    24 Mckinley Ave,   Endicott, NY 13760-5491
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2017 22:57:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2017 22:57:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515020683       EDI: HNDA.COM May 03 2017 22:28:00      American Honda Finance,    PO Box 168088,
                 Irving, TX 75016
515020685       EDI: ARSN.COM May 03 2017 22:28:00      ARS National Services,    POB 463023,
                 Escondido, CA 92046-3023
515020680      +EDI: ALLIANCEONE.COM May 03 2017 22:28:00      Alliance One,    4850 Street Road,    Suite 300,
                 Feasterville Trevose, PA 19053-6643
515020681      +EDI: BECKLEE.COM May 03 2017 22:28:00      American Express,    PO Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
515109880       EDI: BECKLEE.COM May 03 2017 22:28:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515034354       EDI: AIS.COM May 03 2017 22:28:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515072838      +EDI: ATLASACQU.COM May 03 2017 22:28:00      Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
515020686      +EDI: BANKAMER.COM May 03 2017 22:28:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
515020689       EDI: CITICORP.COM May 03 2017 22:28:00      Citibank SD, NA,    Attn: Centralized Bankruptcy,
                 PO Box 20363,    Kansas City, MO 64195
515020702       EDI: CITICORP.COM May 03 2017 22:28:00      UNVL/Citi,    Attn.: Centralized Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195
515020687      +EDI: CAPITALONE.COM May 03 2017 22:28:00      Capital 1 Bank,    Attn: General Correspondence,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
515020688       E-mail/Text: cms-bk@cms-collect.com May 03 2017 22:56:51      Capital Management Services,
                 698 1/2 Ogden Street,    Buffalo, NY 14206-2317
515020690       EDI: RCSDELL.COM May 03 2017 22:28:00      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    PO Box 81577,    Austin, TX 78708
515020692      +EDI: TSYS2.COM May 03 2017 22:28:00      DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515048370      +EDI: TSYS2.COM May 03 2017 22:28:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515034349       EDI: DISCOVER.COM May 03 2017 22:28:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
515020691      +EDI: DISCOVER.COM May 03 2017 22:28:00      Discover Fin Svcs LLC,    PO Box15316,
                 Wilmington, DE 19850-5316
515249822       EDI: ECAST.COM May 03 2017 22:28:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
515020695       EDI: IRS.COM May 03 2017 22:28:00      Internal Revenue Service Correspondence,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515020696       EDI: RMSC.COM May 03 2017 22:28:00      JC Penney,    P. O. Box 960090,    Orlando, FL 32896-0090
515020699       EDI: PRA.COM May 03 2017 22:28:00      Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                 Norfolk, VA 23541
515245136       EDI: PRA.COM May 03 2017 22:28:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515245085       EDI: PRA.COM May 03 2017 22:28:00      Portfolio Recovery Associates, LLC,    c/o Mbna,
                 POB 41067,    Norfolk VA 23541
515245109       EDI: PRA.COM May 03 2017 22:28:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515190155       EDI: PRA.COM May 03 2017 22:28:00      Portfolio Recovery Associates, LLC,
                 c/o U.s. Bank National Association Nd,    POB 41067,    Norfolk VA 23541
515020693       EDI: USBANKARS.COM May 03 2017 22:23:00      Elan Financial Service,    PO Box 108,
                 St Louis, MO 63166
515020704       EDI: WESTASSET.COM May 03 2017 22:28:00      West Asset Management,    2829 Westwon Parkway,
                 Suite 200,    West Des Moines, IA 50266-1314
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 03, 2017
                               Form ID: 148             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515233844       EDI: ECAST.COM May 03 2017 22:28:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
                                                                                             TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECAST SETTLEMENT CORPORATION,    POB   29262,   NEW YORK, NY   10087-9262
515033807*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC.
               ALTERNATIVE LOAN TRUST 2005-60T1 MORTGAGE PASS-THROUGH nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK
               OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC.
               ALTERNATIVE LOAN TRUST 2005-60T1 MORTGAGE PASS-THROUGH nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Roger B. Radol    on behalf of Debtor Marc  DeStefano radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
              Roger B. Radol    on behalf of Joint Debtor Jennifer Mary DeStefano radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
                                                                                             TOTAL: 7
```