| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ROGER B. RADOL, ESQ.**<br>15 Engle Street, Suite 102<br>Englewood, NJ 07631<br>(201) 567-6557<br>radolbankruptcy@gmail.com<br>Attorney for Debtors | |
| In Re:<br>　　MARC DESTEFANO and<br>　　JENNIFER MARY DESTEFANO<br><br>　　　　　　　　　　　　　　Debtors | Case No.:　　14-27897JKS<br><br>Chapter :　　13<br><br>Hearing Date　　June 8, 2017<br><br>Judge :　　John K. Sherwood |

### NOTICE OF MOTION TO REINSTATE CASE

**PLEASE TAKE NOTICE** that Marc DeStefano and Jennifer Mary DeStefano, the above-captioned Chapter 13 Debtors (the "Debtors"), by and through their attorney Roger B. Radol, shall move before the Honorable John K. Sherwood, 50 Walnut Street, 3rd Floor - Courtroom 3D, Newark, NJ 07102 for the entry of order reinstating their case which was dismissed on May 3, 2017.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

　　　　　Hearing Date:　　　June 8, 2017
　　　　　Hearing Time:　　　11:00 A.M.
　　　　　Hearing Location:　　50 Walnut Street, 3rd Floor
　　　　　　　　　　　　　　　Newark, N.J. 07102
　　　　　Courtroom　　　　　3D

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Debtors' will

rely upon the annexed Certification, together with such oral argument as the Court deems necessary. If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date. You must also mail a copy of your response to: the basis for the objection and the specific grounds therefor, and must be filed with the Clerk of the Court with Copies filed simultaneously served upon:

>Roger B. Radol, Esq.
>15 Engle Street, Suite 102
>Englewood, NJ 07631
>
>Marie-Ann Greenberg, Esq.
>Standing Chapter 13 Trustee
>30 Two Bridges Road, Suite 330
>Fairfield, NJ 07004

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 9013-1(d) of the Rules of Procedure governing the practice before the United States Bankruptcy court for the District of New Jersey, failure of any person or entity receiving a notice of the Motion to file objections thereto on a timely basis shall be a bar to the assertion of any objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

Dated: May 15, 2017                                      **ROGER B. RADOL, ESQ. LLC**
                                                         Attorney for Debtors

                                                         /s/ *Roger B. Radol*
                                                         Roger B. Radol, Esq.