UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROGER B. RADOL, ESQ.
15 Engle Street, Suite 102
Englewood, NJ 07631
(201) 567-6557
radolbankruptcy@gmail.com
Attorney for Debtors

Order Filed on June 26, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARC DESTEFANO and
JENNIFER MARY DESTEFANO

Case Number: 14-27897
Hearing Date: June 8, 2017
Judge: John K. Sherwood
Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by <u>Marc DeStefano and Jennifer Mary DeStefano</u> and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new: 7/12/16*