UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROGER B. RADOL, ESQ.
15 Engle Street, Suite 102
Englewood, NJ 07631
(201) 567-6557
radolbankruptcy@gmail.com
Attorney for Debtors

**Order Filed on June 26, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARC DESTEFANO and
JENNIFER MARY DESTEFANO

Case Number: 14-27897

Hearing Date: June 8, 2017

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

      This matter having been presented to the Court by <u>Marc DeStefano and Jennifer Mary DeStefano</u> and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

      The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new: 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Marc DeStefano  
Jennifer Mary DeStefano  
    Debtors

Case No. 14-27897-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 26, 2017  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.  
db/jdb      +Marc DeStefano,   Jennifer Mary DeStefano,   75 7th Street,   Cresskill, NJ 07626-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:  
        Andrew L. Spivack   on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-60T1 MORTGAGE PASS-THROUGH nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Roger B. Radol   on behalf of Debtor Marc DeStefano radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com  
        Roger B. Radol   on behalf of Joint Debtor Jennifer Mary DeStefano radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com  
                                                                                                    TOTAL: 6