| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ROGER B. RADOL, ESQ.**<br>700 E. Palisade Avenue, 2nd Floor<br>Englewood Cliffs, NJ 07632<br>(201) 567-6557<br>radolbankruptcy@gmail.com<br>Attorney for Debtors | Order Filed on April 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br>    MARC DESTEFANO and<br>    JENNIFER MARY DESTEFANO<br><br>Debtors | Case No.:<br><br>Chapter :<br><br>Hearing Date<br><br>Judge : | 14-27897JKS<br><br>13<br><br>March 28, 2019<br><br>John K. Sherwood |

**ORDER GRANTING DEBTORS' REQUEST TO REOPEN CHAPTER 13 BANKRUPTCY**

The relief set forth on the following page is hereby **ORDERED**.

DATED

**DATED: April 2, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

2

The Debtors having filed a motion to reopen their Chapter 13 Bankruptcy so that the could file updated Certifications in Support of Discharge, and the Court having reviewed the moving documents, objections raised and arguments of counsel, it is:

ORDERED as follows:

1. The Debtors Chapter 13 Bankruptcy is hereby reopened for the purpose to accept their updated Certifications in Support of Discharge, and grant them discharges and close their case.

2