| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ROGER B. RADOL, ESQ.**<br>700 E. Palisade Avenue, 2nd Floor<br>Englewood Cliffs, NJ 07632<br>(201) 567-6557<br>radolbankruptcy@gmail.com<br>Attorney for Debtors | Order Filed on April 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    MARC DESTEFANO and<br>    JENNIFER MARY DESTEFANO<br><br>                                          Debtors | Case No.:      14-27897JKS<br><br>Chapter :       13<br><br>Hearing Date   March 28, 2019<br><br>Judge :          John K. Sherwood |

**ORDER GRANTING DEBTORS' REQUEST TO REOPEN CHAPTER 13 BANKRUPTCY**

The relief set forth on the following page is hereby **ORDERED**.

DATED

**DATED: April 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

The Debtors having filed a motion to reopen their Chapter 13 Bankruptcy so that the could file updated Certifications in Support of Discharge, and the Court having reviewed the moving documents, objections raised and arguments of counsel, it is:

ORDERED as follows:

1. The Debtors Chapter 13 Bankruptcy is hereby reopened for the purpose to accept their updated Certifications in Support of Discharge, and grant them discharges and close their case.

United States Bankruptcy Court
District of New Jersey

In re:
Marc DeStefano
Jennifer Mary DeStefano
    Debtors

Case No. 14-27897-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2019
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
db/jdb       +Marc DeStefano,    Jennifer Mary DeStefano,    75 7th Street,    Cresskill, NJ 07626-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-60T1 MORTGAGE PASS-THROUGH nj.bkecf@fedphe.com
        Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-60T1) cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Roger B. Radol    on behalf of Debtor Marc  DeStefano radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com
        Roger B. Radol    on behalf of Joint Debtor Jennifer Mary DeStefano radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com
                                                  TOTAL: 7