**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marc DeStefano | Social Security number or ITIN   xxx–xx–7224 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer Mary DeStefano | Social Security number or ITIN   xxx–xx–1170 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–27897–JKS

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc DeStefano                                        Jennifer Mary DeStefano

4/4/19                                                **By the court:** <u>John K. Sherwood</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 14-27897-JKS
Marc DeStefano                                                                            Chapter 13
Jennifer Mary DeStefano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: 3180W               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db/jdb         +Marc DeStefano,    Jennifer Mary DeStefano,   75 7th Street,    Cresskill, NJ 07626-2507
cr             +BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515020682      +American Express Legal,    500 North Franklin Turnpike,    P.O. Box 278,    Ramsey, NJ 07446-0278
515020684      +Anthony J. Migliaccio, Jr., Esq.,    500 North Franklin Turnpike,    P. O. Box 278,
                 Ramsey, NJ 07446-0278
515020694       Estate Information Services, LLC dba,    EIS Collections,    PO Box 1730,
                 Reynoldsburg, OH 43068-8730
517879867      +Oliphant Financial,    PO Box 864934,   Orlando, FL 32886-4934
515020698       Paragon Federal Credit Union,    Cardmember Service,   P.O. Box 790408,
                 Saint Louis, MO 63179-0408
515020697       Paragon Federal Credit Union,    PO Box 400,   Montvale, NJ 07645
515020700      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
515020701      +Sears/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
515020703      +Visions FCU,    24 Mckinley Ave,   Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515020683       EDI: HNDA.COM Apr 05 2019 03:38:00      American Honda Finance,    PO Box 168088,
                 Irving, TX 75016
515020685       EDI: ARSN.COM Apr 05 2019 03:38:00      ARS National Services,    POB 463023,
                 Escondido, CA 92046-3023
515020680      +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 05 2019 00:15:11      Alliance One,
                 4850 Street Road,    Suite 300,   Feasterville Trevose, PA 19053-6643
515020681      +EDI: BECKLEE.COM Apr 05 2019 03:38:00      American Express,   PO Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
515109880       EDI: BECKLEE.COM Apr 05 2019 03:38:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515034354       EDI: AIS.COM Apr 05 2019 03:38:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
515072838      +EDI: ATLASACQU.COM Apr 05 2019 03:38:00      Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    294 Union St.,   Hackensack, NJ 07601-4303
515020686      +EDI: BANKAMER.COM Apr 05 2019 03:38:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,   Simi Valley, CA 93062-5170
515020689       EDI: CITICORP.COM Apr 05 2019 03:38:00      Citibank SD, NA,   Attn: Centralized Bankruptcy,
                 PO Box 20363,    Kansas City, MO 64195
515020702       EDI: CITICORP.COM Apr 05 2019 03:38:00      UNVL/Citi,   Attn.: Centralized  Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195
515020687      +EDI: CAPITALONE.COM Apr 05 2019 03:38:00      Capital 1 Bank,   Attn: General Correspondence,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
515020688       E-mail/Text: cms-bk@cms-collect.com Apr 05 2019 00:15:50     Capital Management Services,
                 698 1/2 Ogden Street,    Buffalo, NY 14206-2317
515020690       EDI: RCSDELL.COM Apr 05 2019 03:38:00      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    PO Box 81577,   Austin, TX 78708
515020692      +EDI: TSYS2.COM Apr 05 2019 03:38:00      DSNB Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
515048370      +EDI: TSYS2.COM Apr 05 2019 03:38:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
515034349       EDI: DISCOVER.COM Apr 05 2019 03:38:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
515020691      +EDI: DISCOVER.COM Apr 05 2019 03:38:00      Discover Fin Svcs LLC,   PO Box15316,
                 Wilmington, DE 19850-5316
515249822       EDI: ECAST.COM Apr 05 2019 03:38:00       ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,   NEW YORK, NY 10087-9262
515020695       EDI: IRS.COM Apr 05 2019 03:38:00      Internal Revenue Service Correspondence,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515020696       EDI: RMSC.COM Apr 05 2019 03:38:00      JC Penney,   P. O. Box 960090,    Orlando, FL 32896-0090
515020699       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery,   Attn: Bankruptcy,    PO Box 41067,
                 Norfolk, VA 23541
515245136       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515245085       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o Mbna,
                 POB 41067,    Norfolk VA 23541
515245109       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,   Norfolk VA 23541
515190155       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o U.s. Bank National Association Nd,    POB 41067,   Norfolk VA 23541
515020693       EDI: USBANKARS.COM Apr 05 2019 03:38:00      Elan Financial Service,    PO Box 108,
                 St Louis, MO 63166
515020704       EDI: WESTASSET.COM Apr 05 2019 03:38:00      West Asset Management,    2829 Westwon Parkway,
                 Suite 200,    West Des Moines, IA 50266-1314

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Apr 04, 2019
                               Form ID: 3180W           Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515233844        EDI: ECAST.COM Apr 05 2019 03:38:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                                TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECAST SETTLEMENT CORPORATION,    POB   29262,    NEW YORK, NY   10087-9262
515033807*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC.
               ALTERNATIVE LOAN TRUST 2005-60T1 MORTGAGE PASS-THROUGH nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-60T1) cwohlrab@logs.com,  njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Roger B. Radol    on behalf of Debtor Marc  DeStefano radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
              Roger B. Radol    on behalf of Joint Debtor Jennifer Mary DeStefano radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
                                                                                                 TOTAL: 7
```